JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAOMI ESTRADA-MENDOZA, individually and as the Successor-in-Interest to THE ESTATE OF Tinosvaldo Mendoza; NOEL CHRISTINE ESTRADA-LOUD, an individual; JUVENTINO MENDOZA, an individual; AMBROSE MENDOZA, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>LOMA LINDA UNIVERSITY HEALTH, UNITED STATES OF AMERICA, DOES 1-20, inclusive,<br><br>    Defendants. | CASE NO.: 5:23-cv-01541-JLS-SP<br><br>**JUDGMENT** |

Pursuant to the Court's Findings of Fact and Conclusions of Law After Bench Trial (Doc. 142), and in accordance with Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.   Judgment is entered in favor of Plaintiff JUVENTINO MENDOZA and against Defendant UNITED STATES OF AMERICA in the total amount of $135,309.50, consisting of $10,309.50 in economic damages and $125,000.00 in non-economic damages.

2.   Judgment is entered in favor of Plaintiff AMBROSE MENDOZA and against Defendant UNITED STATES OF AMERICA in the total amount of $135,309.50, consisting of $10,309.50 in economic damages and $125,000.00 in non-economic damages.

3.   Post-judgment interest shall accrue on the judgment pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid.

4.   Plaintiffs JUVENTINO MENDOZA and AMBROSE MENDOZA are entitled to recover allowable costs pursuant to 28 U.S.C. § 2412(a)(1) and Federal Rule of Civil Procedure 54(d)(1), to be taxed upon timely application.

IT IS SO ORDERED.

DATED: February 27, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2